IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARY JANE MIFFLIN,** | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 04-4092-GPM |
| | ) |
| **MICHAEL HUNTER CLARK and** | ) |
| **USF HOLLAND, INC.,** | ) |
| | ) |
| Defendant(s). | ) |

## JUDGMENT

**DECISION BY THE COURT:**

The Court having been advised by counsel for Plaintiff and Defendants that this action has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that, as all matters have been settled between the parties, this action is **DISMISSED with prejudice** pursuant to Order filed June 5, 2006, each party to bear their own costs.

Dated:  August 8, 2006

NORBERT G. JAWORKSI, Clerk of Court

By:   s/ Linda M. Cook
      Deputy Clerk

Approved by:

  s/ G. Patrick Murphy
**G. PATRICK MURPHY**
**CHIEF, UNITED STATES DISTRICT JUDGE**